AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
**FILED**
*July 23, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **4:25-mj-449** |
| Teodulo HERNANDEZ-CORDERO | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **July 22, 2025** in the county of **Harris** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C §§ 922(g)(5)(A) | Alien in Possession of a Firearm |

This criminal complaint is based on these facts:

See the attached affidavit

☒ Continued on the attached sheet.

*TERRY R MUISE* (Digitally signed by TERRY R MUISE, Date: 2025.07.23 10:53:01 -05'00')

*Complainant's signature*

HSI Special Agent Terry R. Muise
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: July 23, 2025

*Dena Palermo*
*Judge's signature*

City and state: Houston, Texas

United States Magistrate Judge Dena H. Palermo
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF: § § § | |
| TEODULO HERNANDEZ-CORDERO § § | MAGISTRATE NO. **4:25-mj-449** |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Terry R. Muise, after being duly sworn, state as follows: I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), as a Special Agent (SA) of Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), Department of Homeland Security (DHS) assigned to the Special Agent in Charge (SAC) Houston, and have been so employed since March, 2010.

This affidavit is made in support of the Criminal Complaint against TEODULO HERNANDEZ-CORDERO (HERNANDEZ), a citizen and national of Mexico. The facts contained in this affidavit are based upon information of my own personal knowledge, observations and/or facts related to me by other agents of HSI and/or other law enforcement personnel involved in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause for this arrest, the affidavit may not contain every fact known to me during this investigation.

1

Affiant believes that Probable Cause exists that the Defendant, HERNANDEZ, a Citizen of Mexico did violate: 1. Title 18 USC 922(g)(5)(A) by being an Illegal Alien, unlawfully possessing a .380 caliber Cobra firearm.

On July 22, 2025, HERNANDEZ was encountered by Immigration and Customs Enforcement (ICE) Joint Operations Group (JOG) #17 while conducting immigration enforcement activities in Houston, Harris County, Texas. On that date, members of JOG #17 were assigned to locate and arrest HERNANDEZ as an alien present in the United States without admission or parole.

At approximately 0600 hours, two U.S. Customs and Border Protection (CBP) officers assigned to the enforcement team observed HERNANDEZ exit his residence located inside a trailer park and enter a 2014 Ford F450 pickup truck registered in his name. Because entry/exit to the trailer park was controlled by a mechanical gate, the CBP officers waited for HERNANDEZ to exit the property before activating emergency equipment (lights) to initiate a traffic stop on his vehicle.

HERNANDEZ pulled the vehicle to the side of the roadway, the two CBP officers approached HERNANDEZ on the driver side of the vehicle and observed HERNANDEZ to be the lone occupant. The contact officer, who displayed his agency-issued badge around his neck, asked HERNANDEZ in the Spanish language for his driver license and HERNANDEZ produced a Texas identification card confirming his identity to the

officers. The lead/contact officer then asked HERNANDEZ to exit the vehicle, and HERNANDEZ complied with the instruction.

The CBP officer placed HERNANDEZ in handcuffs and conducted a pat-down for weapons while asking HERNANDEZ if he had any guns or knives. HERNANDEZ stated he did not have any weapons. The officers then placed HERNANDEZ in the back seat of their vehicle. It was then HERNANDEZ voluntarily and spontaneously stated, "I do have a firearm. It is in the center console." Without being asked, HERNANDEZ further stated to the secondary officer that the firearm belonged to him and that it was given to him as a gift.

The lead CBP officer returned to HERNANDEZ'S vehicle and located a Cobra .380 caliber semi-automatic pistol, black in color, bearing serial number K12323, inside the center console of the vehicle. The firearm was rendered safe by the lead officer, who stated the chamber of the firearm did not contain a bullet. The firearm had a magazine inserted in the magazine well which was determined later to contain five (5) rounds of .380 caliber ball-style ammunition. An open-source query revealed that Cobra firearms are manufactured in Salt Lake City, Utah.

Immigration record checks revealed HERNANDEZ is a Citizen of Mexico, who was served with a Warrant of Arrest (WA)/Notice to Appear (NTA) on February 15, 2018, by ICE in Houston, Texas. That case was dismissed by an immigration judge on

3

June 14, 2023. On July 22, 2025, ICE determined that HERNANDEZ is removable under section 212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that HERNANDEZ is an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General, and 212(a)(7)(A)(i)(I) of the INA, 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as amended, as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under section 211(a) of the Act.

Terry R. Muise, HSI Special Agent
DHS-Department of Homeland Security
ICE-Immigration and Customs Enforcement
HSI-Homeland Security Investigations

SWORN TO AND SUBSCRIBED BEFORE ME TELEPHONICALLY this 23RD day of July, 2025, AND I FIND PROBABLE CAUSE.

*Dena Palermo*

HON. DENA H. PALERMO
UNITED STATES MAGISTRATE JUDGE